**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
COINTELLIGENCE FUND LP, ON YAVIN, and ONLINE PERFORMANCE OÜ,

Plaintiffs,

-against-

BALLER ENTERTAINMENT LTD, ASTRONOMICA, INC., JONATHAN WEINBERG, and DOES 1-10,

Defendants.
------------------------------------------------------------------------X

25 **CIVIL** 4472 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 2, 2026, Defendants' motion to dismiss is GRANTED. In particular, the Court dismisses Plaintiffs' claims against Defendant Astronomica without prejudice; Plaintiffs' federal claims against Defendants Weinberg and Baller with prejudice; and Plaintiffs' state-law claims against Defendants Weinberg and Baller without prejudice to their refiling in state court; accordingly, the case is closed.

**Dated:** New York, New York

September 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**